An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CREEKSIDE HOLDINGS, INC., A NEVADA CORPORATION; AND JOHN CULTON, AN INDIVIDUAL,
Appellants,
vs.
MARENGO, INC., A NEVADA CORPORATION; AND ROBERT W. MCMACKIN, AN INDIVIDUAL,
Respondents.

No. 61337

**FILED**

MAY 28 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Having reviewed the parties' May 16, 2013, stipulation, the stipulation is approved, and this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Abbi Silver, District Judge
Leonard I. Gang, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Nitz Walton & Heaton, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-15543